UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

ANTHONY SERRANO,

        Defendant.

------------------------------------------------------------X

VERDICT FORM

13-cr-58 (KBF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 24 2014
```

1.    COUNT ONE:

       Guilty __✓__        Not Guilty _____

   1(a).   If you checked "Guilty" for Count One, answer the following:

       Do you unanimously find beyond a reasonable doubt that the defendant conspired to distribute or possess with intent to distribute 1 kilogram or more of heroin?

       Yes _____       No __✓__

   1(b).   If you checked "Yes," in response to the prior question, you may move on to the next question (1(c)) regarding cocaine. If you checked "No," answer the following:

       Do you unanimously find beyond a reasonable doubt that the defendant conspired to distribute or possess with intent to distribute 100 grams or more of heroin?

       Yes _____       No __✓__

   1(c).   If you checked "Guilty" for Count One, also answer the following:

       Do you unanimously find beyond a reasonable doubt that the defendant conspired to distribute or possess with intent to distribute 500 grams or more of cocaine?

       Yes __✓__       No _____

2.    COUNT TWO:

      Guilty ✓        Not Guilty _____

3.    COUNT THREE:

      Only consider Count Three if you have found the defendant guilty on Count One or Count Two, or both.

      Guilty ✓        Not Guilty _____

      3(a).   If you checked guilty for Count Three, answer the following:

          Was the firearm brandished?

          Yes ✓        No _____

After completing the form, each juror who agrees with the verdict must sign below:

_Yolanda Rivera_        _[signature]_
**FOREPERSON**

_Will Ell___        _Katherine Burk___

_[signature]___        _Aaron Sorny___

_[signature]___        _[signature]___

_[signature]___        _[signature]___

_Dwayne Iverson___

6/20/14
**DATE**

2