UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
            :
UNITED STATES OF AMERICA,     :
            :    **ORDER**
    -against-                :
            :    13 Cr. 58 (AKH)
ANTHONY SERRANO,           :
            :
           Defendant.    :
            :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant's request to appoint counsel to assist in a motion for compassionate release (ECF No. 748) is denied. Defendant himself can set out the facts of his medical condition and any other facts that might support a compassionate release, and write it legibly even if he cannot gain access to a typewriter or computer.

        The Office of the Clerk is directed to mail a copy of this order to *pro se* defendant Anthony Serrano, Register No. 24637-050, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

        SO ORDERED.

Dated:    July 22, 2020                /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge