UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :

UNITED STATES OF AMERICA,         :

                                                              :     **ORDER**

   -against-                                          :

                                                              :     13 Cr. 58 (AKH)

ANTHONY SERRANO,                      :

                                      Defendant.    :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government shall file its response to Defendant Anthony Serrano's motion for compassionate release, ECF No. 757, by August 17, 2020, and shall serve a copy of same upon Defendant by mail. Defendant shall submit any reply by August 27, 2020.

       The Office of the Clerk is directed to mail a copy of this order to *pro se* Defendant Anthony Serrano, Register No. 24637-050, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

       SO ORDERED.

Dated:     August 6, 2020                     /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                       United States District Judge