AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13-cr-0058 (AKH) |
| Anthony Serrano | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Serrano                                                                                                          .

Date:      08/17/2020                                        /s/
                                                                          *Attorney's signature*


                                                                  Matthew Wasserman, MW 6086
                                                                   *Printed name and bar number*

                                                                  Law Offices of Joel B. Rudin, P.C.
                                                                  Carnegie Hill Tower
                                                                  152 West 57th Street, 8th Floor
                                                                  New York, NY 10019
                                                                          *Address*


                                                                  mwasserman@rudinlaw.com
                                                                       *E-mail address*


                                                                       (212) 752-7600
                                                                      *Telephone number*


                                                                       (212) 980-2968
                                                                          *FAX number*