RECEIVED SEP 15 2020 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

Docket.
AKH 9/15/20

13 CR. 58

9-8-20

Dear Judge Hellerstein,

I hope this letter finds Your Honor safe and healthy.

I have received a copy of the order denying my motion for compassionate release and I must admit when my fiancé shared the news with me, it suddenly sent a sharp pain to my chest, a devastating blow. I would like to add a few things if I may. In order for Your Honor to understand how I got here, I have to take you back to my childhood. My mother did the best she could, I'm one of five siblings. I was a lost disturbed child. I had no guidance. I had to provide for my family from a very young age. No father figure. The "hood" raised and embraced me. The streets is all I knew. I meant no harm but I didn't know any better. I had no one tell me I was doing right or wrong. I didn't feel the love at home so I found it in the streets. Years later, I found myself being a mentor to the youth that were walking in the same path I once was. I coached softball and football for underprivileged kids. I donated to non-profit organizations that focused on keeping the youth off the streets. I am truly not a monster.

I am no longer that man I once was and my past shouldn't define who I have become today. I made many mistakes but I am human. My past doesn't have to dictate my present. I am a firm believer that everything happens for a reason. Perhaps this is what I needed to rehabilitate myself- Lesson learned. I am no longer that lost disturbed child that I once was. I have worked very hard to become the man I am today. I am asking for the opportunity to be the father figure that I never had to my 3 beautiful kids. I want to get married to my beautiful fiancé, start a family and live a fruitful life.

Your Honor I ask that you truly find it in your heart and soul to afford me the opportunity to prove that I am not a threat to society. I have accepted my responsibility. I have learned my lesson. I am a changed man. I am reformed. I would like the same second chance that were afforded to my co-defendants. Both Your Honor and the Government agree that my health issues which include sleep apnea, high blood pressure, pre-diabetes are a concern as I

am high risk due to covid-19. Leaving me in here can potentially be a death sentence, please don't let me die in here.

Thank you for your time and consideration. Have a blessed day and stay safe.

Respectfully submitted, 9-8-20
Anthony Serrano

"Don't judge me by my past, I don't live there anymore" - unknown

Cc: Mitzi Steiner, US Attorney
United States Attorneys Office
One Saint Andrew's Plaza
New York, New York 10007

⇔24637-050⇔
Anthony Serrano
Reg. No. 24637-050
Federal Correctional Institution
po box 1000
Cresson, PA 16630
United States

JOHNSTOWN PA 159
09 SEP 2020 PM 2 T

Clerk Of The Court
Honorable Judge Hellerstein
500 Pearl St.
New York, NY 10007

10007+1312