RECEIVED OCT 27 2020 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*Denied, for the reasons stated in my order 9/3/20*
*10-27-20*
*/s/ Alvin K. Hellerstein*

TO: US District Judge Alvin Hellerstein
US Courthouse
500 Pearl Street
New York, New York 10007

FROM: Anthony Serrano

RE: 13-Cr-00058-AKh-18

Your Honor:

I hope this letter finds you and your family healthy?

I find myself writing your honor again based on my inability to practice social distancing in my unit. The numbers are steadily climbing outside of these prison walls which will eventually make its way inside again and despite what the BOP has stated on its website, it certainly does not reflect what is going on inside these walls.

As I stated before, it is impossible for me to "stay safe" or practice "social distancing" in such confined quarters. My health is compromised and my life would be in jeopardy should I become infected. I don't want to die in here. Both your honor and the government have the power to grant me home confinement and or time served. As of today, there have been at least 126 casualties in federal prisons. Please don't let me be number 127.

I am asking for the opportunity to live. Please find it in your hearts and don't let me die in here. Thank you, Anthony Serrano 24637-050



SERRANO   24637-050  
FEDERAL CORRECTIONAL INSTITUTE  
PO BOX 1000  
CRESSON, PA 16630

HONORABLE JUDGE ALVIN HELLERSTEIN  
US COURTHOUSE  
500 PEARL STREET  
NEW YORK, NEW YORK 10007

JOHNSTOWN PA   22 OCT 2020 PM