USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/20

**Keimalee Gonzalez**
New Jersey

December 8, 2020

United States District Judge Alvin K. Hellerstein
United States Courthouse
500 Pearl St
New York, New York 10007

RE: 13-cr-00058-AKH-~~16~~
    Anthony Serrano

Dear Judge Hellerstein:

I hope this letter finds you and yours safe and healthy.

    I am writing to Your Honor to express my total sadness and pain I'm feeling about the current conditions at Loretto FCI where Anthony is serving his time. The facility went from 0 cases to 445 in less than two weeks, it's the #2 hotspot according to the BOP as of the date of this letter. The numbers will continue to rise as they have no room to social distance themselves. During my last conversation with Anthony he said, "this is like a war zone a Hollywood type movie they don't care about us here". This broke my heart.

    I understand Your Honor's position that you don't feel he has served enough time but as it has been documented in his medical records, he's high risk and it's not if but when he becomes positive, this can potentially become a death sentence for him.

    On behalf of this family, we are begging Your Honor and the Government to find it in your hearts to allow Anthony a second chance at life. He doesn't deserve to die in prison, he can be saved.

    Thank you for taking the time to read this letter. God Bless.

Respectfully Submitted,

KEIMALEE GONZALEZ

KG

Cc: Mitzi S. Steiner, Assistant US Attorney
    United States Attorneys Office
    One Saint Andrew's Plaza
    New York, New York  10007

---

*Handwritten annotation by Judge:* I denied def't's motion on Sep. 3, 2020. If def't believes there are new grounds, he may seek appropriate relief. 12/15/20 [signed] AKH