USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/2021

# KEIMALEE GONZALEZ
Kearny, New Jersey

February 1, 2021

The Honorable Alvin Hellerstein
United State Courthouse
500 Pearl Street
New York, New York 10007

Re: US v Anthony Serrano 13 cr 58-18 (AKH)
Anthony Serrano

Dear Honorable Hellerstein,

I hope this letter finds you and yours healthy and safe.

Thank you for taking the time to read this letter as it comes directly from my heart. I have just been delivered the blow that Anthony's Motion for a reduction was denied. I respect the decision however; I would like to express the pain I am feeling and the impact it has on so many lives.

In the judicial system I understand Your Honor's role wholeheartedly and accept that often inmates are not seen as people. They are depicted by their actions that led them to be in front of Your Honor. Anthony has accepted responsibility for the role he played in this crime. He is remorseful and accountable. He has taken drastic measures to rehabilitate himself and to be more than his inmate number. He's taken the proper courses to successfully reintegrate into society when that time comes. Though he committed such crime, I am asking Your Honor for compassion. We are in unprecedented times and his incarceration is a matter of life and death. It's been 6 plus months that the BOP has taken his CPAP machine away which further elevates his risks. No one should live with the constant fear of not knowing if each night is going to be his last breath by passing away in his sleep.

Anthony is more than a "criminal". My fiancé is an amazing man, father, son, brother, uncle, friend. The good he has done for years for his beloved community of Jersey City will always be shadowed by his prior criminal activities. He is an excellent candidate for reintegration, he has an amazing support system that many do not have and are unsuccessful in returning to society. Though this is not an excuse, when growing up in impoverished areas with no real structure we are taught to survive. His environment raised him. This doesn't make him a bad person, just a man who made bad choices. One should not be condemned to a death sentence because of their past. I am asking for a second chance. An opportunity for him to continue to help at risk kids that are in a turbulent environment like he once was and teach them that the streets has nothing to offer them. An opportunity to be an example to other incarcerated men and show them there is hope for better life despite their poor choices. A second chance to make things right. A second chance to be in his kids lives. A second chance to live to his full potential.

Our current climate has impacted everyone in the world despite social and economic class. This virus has hit the incarcerated people harder than anyone else. It will be exactly one year on February 28th that Anthony has had any visits. 10-15 hours of outside fresh air in almost a year. Think about the emotional, mental and irreparable harm that can cause any human being on the outside world but worse for Anthony behind those walls. Everyday we wonder if tomorrow is the day, we get the "call". It is inconceivable to know that the only thing we need is an opportunity to buy despite all our efforts, we do not have the ability to help. We cannot even help him with his medical needs. We cannot help him with his mental needs. We are at your mercy Your Honor and we are asking for your compassion.

No one could have anticipated this pandemic but here we all are trying to all stay healthy and alive. At the heart of the breakout at Loretto FCI, I spent hours daily calling and emailing Congressmen, Senators, regional leaders, warden, anyone who would listen to me about the deplorable conditions inside, but all were met with inactions. Desperately seeking help, the FAMM Organization paired us up with Attorney Matthew Wasserman who agreed to take on Anthony's case Pro Bono. He was amazing and did the best he could, we thank him for his generosity and all his efforts. An attorney saw the potential and the human beyond the inmate number. This speaks of the lengths we all have gone through to get my fiancé help. I again have had to be the bearer of the bad news to his family and kids – The news was devasting for them, they were hopeful. We prayed a lot. We believe in the justice system, but I cannot help but to feel like we are being failed.

I would like for Your Honor and the Government to sit and pounder on what it would feel like not being able to see your significant other or kids for a year. Arguably, we are all living in some sort of prison due to Covid-19 however, we are still able to see our families and friends not for Anthony. We are in constant fear of not knowing if tomorrow is his last day. With Anthony's health issues and 212 federal inmate deaths to date, this could certainly be our reality even though he was not sentenced to die in prison.

I pray both Your Honor and the government can dig deeper into your souls and reconsider this decision; his life depends on it. Thank you and God Bless.

Very truly yours,

KEIMALEE GONZALEZ

cc: AUSA Mitzi Steiner
    Matthew Wasserman, Esq.