UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                     :
UNITED STATES OF AMERICA,           :    **ORDER REGARDING**
                                                                     :    **CERTIFICATE OF**
                                  Petitioner,    :    **APPEALABILITY**
                                                                       :
     -against-                                          :    13 Cr. 58 (AKH)
                                                                       :
ANTHONY SERRANO,                             :
                                                                     :
                                                     Respondent    :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 26, 2023, I entered an order denying Defendant Anthony Serrano's renewed motion for compassionate release. The Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c) (2), and because Petitioner has failed to identify a claim that jurists of reason would find debatable as to whether Petitioner was denied such a right. *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

        SO ORDERED.

Dated:    New York, New York                          /s/ Alvin Hellerstein
             July 5, 2023                                 ALVIN K. HELLERSTEIN
                                                                United States District Judge